## DAVIDSON v. STATE.
### No. 14972.

Court of Criminal Appeals of Texas.
Dec. 9, 1931.

Cooke & Witcher, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, J.

The offense is possession of intoxicating liquor for the purpose of sale; the punishment, confinement in the penitentiary for three years.

The record is before us without a statement of facts. We are unable to appraise the bills of exception, in the absence of a statement of facts.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.